| | |
|---|---|
| **IN RE:** | **SUIT NO.**_____ **SEC. "__"** |
| **BRPD FILE # 20-225** | **JUVENILE COURT** |
| **RECORDS IN THE POSSESSION OF** | **PARISH OF EAST BATON ROUGE** |
| **CHIEF MURPHY J. PAUL, JR.** | **STATE OF LOUISIANA** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PETITION TO DISCLOSE PORTION OF RECORDS CONCENRING A MATTER BEFORE JUVENILE COURT PURSUANT TO LA CH.C. ART 412 WITH RULE TO SHOW CAUSE**

PLEASE TAKE NOTICE that the City of Baton Rouge/Parish of East Baton Rouge on behalf of the Baton Rouge Police Department, though undersigned counsel, with respect, represents the following:

1.

Chief Murphy J. Paul, Jr. requests an Order of the Court giving the Baton Rouge Police Department the authority to release body camera and videos from BRPD incident report file number 21-225 depicting the incident which will be provided for an in camera review to the Court.

2.

Edited BRPD body camera footage of the juvenile's arrest in the above referenced case has allegedly been publicly released by attorney Thomas Frampton, as shown by the attached press release issued May 25, 2021, by Frampton, attached hereto Exhibit A, and screenshot from Instagram https://www.instagram.com/tv/CPYXHP3HY8X/?utm_medium=copy_link attached as Exhibit B, and so disseminated the footage on media platforms without a court order in violation of Louisiana Children's Code Article 412(A).

3.

The BRPD body camera footage has been edited to depict an improper strip search of a juvenile arrestee.

4.

A review of BRPD body camera video footage of the incident in its entirety demonstrates the reasons behind the officer's actions and that edited released footage fails to depict the certain actions of the arrestees and officers.

4.

Since the release of the edited body camera footage, the City of Baton Rouge has received an substantial amount of negative correspondence from the public.

5.

In an effort to reduce the potential for civil unrest, Chief Murphy J. Paul desires to publicly release portions of the following body camera and/or in car camera video footage:

(1) Redacted version Axon Body 2 Serial: X81156595, Case# 225-20, January 1, 2020 at 4:24pm from 0:00 to 01:21:40 - labelled 20-225R Redacted Clip Axon Body 2 Video 2020-01-01 1624 from 00:00 – 02:30

(2) Redacted version of Axon Body 2 Serial: X81155112, Case# 225-20, January 1, 2020 at 4:38pm from 00:00 to 18:33 – labelled (Extraction 1.2) 20-225 (Clip1 1) Axon Body 2 Video 2020 01-01 1638 from 00:00 to 00:35

6.

The release of these videos will assist in accurately explaining the events that led up to and transpired during the arrest.

7.

The aforementioned body camera and/or in car camera video footage that will be publicly released will be redacted to protect the identity of the juvenile arrestee.

8.

In addition, the City/Parish seeks Rule to Show cause why attorney Thomas Frampton (La. Bar Roll 35775) should not be held in contempt pursuant to Louisiana Children's Code art. 1509 for the public release of the videos prior to seeking authorization with this Court under Louisiana Children's Code art 412.

WHEREFORE, the City of Baton Rouge/Parish of East Baton Rouge on behalf of the Baton Rouge Police Department respectfully requests the Court to order to disclose: to the public pursuant to Louisiana Children's Code Article 412.

Baton Rouge, Louisiana this 28th day of May, 2021.

RESPECTFULLY SUBMITTED,

By Attorneys:
Anderson O. Dotson
Parish Attorney

/s/ Deelee Morris

Deelee Morris (Bar Roll 28775)
Joseph K. Scott, III (Bar Roll 28223)
222 St. Louis Street, 9th Floor
Baton Rouge, LA 70802
Telephone: (225) 389-3114
Facsimile:  (225) 389-8736
Email: DSMorris@brla.gov

CERTIFIED TRUE AND
CORRECT COPY

MAY 28 2021

East Baton Rouge Parish
Deputy Clerk of Court

FILED
EAST BATON ROUGE PARISH LA
2021 MAY 28  AM 11: 55

Deputy Clerk of Court

Email: jkscott@brla.gov

| | |
|---|---|
| **IN RE:** | **SUIT NO._____ SEC. "\_\_"** |
| **BRPD FILE # 20-225** | **JUVENILE COURT** |
| **RECORDS IN THE POSSESSION OF** | **PARISH OF EAST BATON ROUGE** |
| **CHIEF MURPHY J. PAUL, JR.** | **STATE OF LOUISIANA** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

**IT IS HEREBY ORDERED**, Chief Murphy J. Paul, Jr.'s Petition to Disclose Portion of Records Concerning a Matter Before Juvenile Court Pursuant to LA. Ch.C. Art. 412 is **GRANTED** as to the public release of the body camera and in car camera video footage consisting of the videos that were provided for In Camera review via Evidence.com on May 28, 2021 and described as follows:

(1) Redacted version Axon Body 2 Serial: X81156595, Case# 225-20, January 1, 2020 at 4:24pm from 0:00 to 01:21:40 - labelled 20-225R Redacted Clip Axon Body 2 Video 2020-01-01 1624 from 00:00 – 02:30

(2) Redacted version of Axon Body 2 Serial: X81155112, Case# 225-20, January 1, 2020 at 4:38pm from 00:00 to 18:33 – labelled (Extraction 1.2) 20-225 (Clip1 1) Axon Body 2 Video 2020 01-01 1638 from 00:00 to 00:35

All video evidence listed above shall be redacted to protect the identity of the juvenile arrestee.

**IT IS FURTHER ORDERED** that Thomas Frampton appear on the 12 day of July, 2021, at 1:00pm to show cause, if he can, why he should not be held in contempt of court for disclosure of the video footage without proper authorization of the Court, pursuant to La. Ch. C. Art. 412.

THUS DONE IN Baton Rouge, Louisiana this 28th day of May, 2021.

_____
Judge, Juvenile Court, Parish of East Baton Rouge

Please serve by Long Arm Statute:
Mr. Thomas Frampton
580 Massie Road
Charlottesville, VA 22903
email: tframpton@law.virginia.edu

CERTIFIED TRUE AND CORRECT COPY

MAY 28 2021

East Baton Rouge Parish
Deputy Clerk of Court

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been sent to counsel for all pertinent parties by faxing, emailing and/or mailing same to each, properly addressed and postage prepaid, on this 28th day of May, 2021.

_____
DEELEE S. MORRIS

FILED
EAST BATON ROUGE PARISH, LA
2021 MAY 28 AM 11:55

_____
DEPUTY CLERK OF COURT

CERTIFIED TRUE AND
CORRECT COPY

MAY 28 2021

East Baton Rouge Parish
Deputy Clerk of Court

## BATON ROUGE PAYS $35,000 AFTER BRPD COPS CAUGHT ON VIDEO TOUCHING CHILD'S GENITALS, INVADING HOME WITH GUNS DRAWN
Only 1 of 5 Officers Disciplined; Family Calls for Criminal Charges

Info: Thomas Frampton (attorney for Green Family) | 202.352.8341 | tframpton@law.virginia.edu
Body-Worn Camera Footage: https://youtu.be/nBtmXaAxs-8

**FOR IMMEDIATE RELEASE:** The City of Baton Rouge agreed to pay $35,000 to the Green Family of Baton Rouge to settle a civil rights lawsuit against a team of Baton Rouge police officers. In the span of 90 minutes on January 1, 2020, the police officers (1) stripped Clarence Green and his 16-year-old brother on a public street, (2) groped their genitals as part of a "frisk"; (3) illegally entered the Green Family's apartment (with one officer drawing his gun); and (4) and repeatedly threated to beat a handcuffed and defenseless Clarence Green ("I'm going to come in [to the backseat of the police car] and fuck you up! You think I'm playing with you? I will fuck you up! I will fuck you clean up!"). All of this was captured on the officers' body-worn camera.

The lead officer involved, Sgt. Ken Camallo, was blasted by a federal judge after he testified on November 20, 2020 about these events. According to U.S. District Judge Brian Jackson, the BRPD officers "demonstrated a serious and wanton disregard for [Clarence Green's] constitutional rights, first by initiating a traffic stop on the thinnest of pretext, and then by haphazardly invading [his] home (weapons drawn) to conduct an unjustified, warrantless search." The video depicts an "abject violation of the protections afforded by the Fourth Amendment" and "may justifiably be considered" criminal. The judge also noted that Sgt. Camallo "gave multiple conflicting accounts when describing the circumstances leading up to Defendant's traffic stop, and failed to offer a satisfactory explanation for why the police reports in this investigation were revised nearly one dozen times in the months following [Mr. Green's] arrest. The officer's testimony was troubling at best, and the Court was prepared to make a credibility determination" had the Government not dismissed the criminal case against Mr. Green.

The judge issued this harsh opinion despite federal prosecutors' failure to inform the court of another remarkable fact. In 2017, in an unrelated case, a different federal judge found that Sgt. Camallo testified falsely concerning the circumstances another illegal and warrantless home search. BRPD did not even attempt to discipline Sgt. Camallo after that incident. The residences in question in the 2017 case and the 2020 case are around the corner from one another.

Despite the Green Family incident occurring over 14 months ago, only 1 of the 5 officers involved (Sgt. Ken Camallo) has faced any form of internal discipline. Those unpunished by BRPD include Off. Troy Lawrence, Jr., believed to be the son of BRPD Deputy Chief Troy Lawrence, Sr.. None of the officers paid any of the settlement personally; taxpayers are footing the bill.

**Thomas Frampton, Associate Professor of Law, University of Virginia School of Law:** "The video is both banal and horrifying. It shows a form of ritualized humiliation and contempt for civil rights that, based on the lack of response from BRPD and DA Hillar Moore III, apparently has official sanction. These aren't bad apples; there are some of the best officers on the force. It's a miracle someone didn't get killed . . . this time."

Exhibit A



Attorney Thomas Frampton

# OTHER OFFICERS "FRISK" THE 16-YEAR-OLD CHILD THE SAME WAY