## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

THOMAS FRAMPTON

VERSUS

CITY OF BATON ROUGE, et al.

CIVIL ACTION

No. 21-362-JWD-SDJ

This matter came on this day for a status conference by zoom video conferencing before District Judge John W. deGravelles on June 28, 2021, with the following parties:

> William Brock Most, Katharine Murphy Schwartzmann
> **COUNSEL FOR PLAINTIFF**
>
> Thomas Frampton
> **PLAINTIFF**
>
> Delee Morris, Joseph Scott and Anderson Dotson
> **COUNSEL FOR DEFENDANTS**

The status of this matter was discussed.

**IT IS ORDRED** that a Plaintiff's Motion for Expedited Hearing, (Doc. 3) is GRANTED and hearing on Plaintiff's Motion for Preliminary Injunction, (Doc. 2) is assigned for **2:00 p.m. on Friday, July 9, 2021 in courtroom 1**.

The Court expressed its concern for this matter and suggested that the parties meet as soon as this conference concludes to attempt to resolve this matter.

The only official record of these proceedings will be the transcript certified by the Court Reporter. You are advised that it is impermissible and unlawful for you to record these proceedings.

Signed in Baton Rouge, Louisiana, on June 29, 2021.

CV 36; T:  0:20

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**