## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

THOMAS FRAMPTON

                CIVIL ACTION

VERSUS

                No. 21-362-JWD-SDJ

CITY OF BATON ROUGE, et al.

This matter came on this day for a status conference by zoom video conferencing before District Judge John W. deGravelles on July 2, 2021, with the following parties:

> William Brock Most, Katharine Murphy Schwartzmann
> **COUNSEL FOR PLAINTIFF**
>
> Thomas Frampton
> **PLAINTIFF**
>
> Anderson Dotson
> **COUNSEL FOR DEFENDANTS**

The status of this matter was discussed.

After finding a mutual date available and agreeable to all parties, **IT IS ORDERED** that Plaintiff's Motion to Reschedule Preliminary Injunction Hearing (Doc. 8) is **GRANTED**. The hearing on Plaintiff's Motion for Preliminary Injunction (Doc. 2) is reassigned for **9:00 a.m. on Friday, August 6, 2021 in courtroom 1**.

Counsel for Plaintiff stated that he believed this hearing will last approximately one hour. Defense counsel stated he believed that this hearing will last approximately four hours. The Court agrees with Defense counsel's assessment and will set aside four hours for the hearing.

The parties discussed who their potential witnesses will be. All parties shall file a witness list into the record within **seven (7) days the hearing**. The parties should

include a brief description of the substance of the witness's anticipated testimony. The parties should also submit an exhibit list at this time.

As noted during the conference, counsel for Defendants will file a response to Plaintiff's Motion for Preliminary Injunction (Doc. 2) on or before **Monday, July 5, 2021**. The mover may file a reply brief within **7 days of the filing of the opposition or no later than July 12, 2021** and shall be limited to a total of 10 pages. No motion for leave will be required. Sur-Reply briefs will be permitted only with leave of Court for extraordinary reasons supported by sufficient facts.

Counsel for Defendants informed the Court that his office advised the juvenile court there is no opposition to a six-week continuance of the juvenile proceeding in light of the filing of this action. The parties also agreed that a further continuance of the juvenile proceeding can be agreed upon should this Court need more time to address this matter and rule on Plaintiff's Motion for Preliminary Injunction (Doc. 2).

Signed in Baton Rouge, Louisiana, on July 2, 2021.

CV 36; T:   0:20

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**