## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

**THOMAS FRAMPTON**

**VERSUS**

**CITY OF BATON ROUGE/PARISH OF EAST BATON ROUGE, ET AL.**

**CIVIL ACTION**

**NO. 3:21-CV-362-JWD-SDJ**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO SUBSTITUTE DEFECTIVE PLEADINGS

MAY IT PLEASE THE COURT, now into court, through undersigned counsel, comes defendant, CITY OF BATON ROUGE PARISH OF EAST BATON ROUGE, (referred hereafter as "City/Parish"), SHARON WESTON BROOM, in her official capacity as Mayor of Baton Rouge, and MURPHY J. PAUL, in his official capacity as Chief of the Baton Rouge Police Department who respectfully represent:

1.

Undersigned counsel filed a consolidated Motion to Dismiss and Opposition to Motion for Preliminary Injunction (ECF Doc. 14) on July 5, 2021, in accordance with the Court's directives.

2.

On July 6, 2021, undersigned counsel was advised by the Clerk of Court's office that the Motion to Dismiss and Opposition to Motion for Preliminary Injunction needed to be filed as separate documents.

3.

This Motion to Substitute Defective Pleadings provides a separate Motion to Dismiss, with Memorandum in Support, and a separate Opposition to Motion for Preliminary Injunction, which

are substantially the same as the consolidated versions, but broken into separate documents per the instructions of the Clerk of Court.

WHEREFORE, defendants herein pray that the consolidated Motion to Dismiss and Opposition to Motion for Preliminary Injunction (ECF Doc. 14) be struck from the record, and the attached pleadings be substituted in its place.

RESPECTFULLY SUBMITTED,

**By Attorneys:
Anderson O. Dotson
Parish Attorney**

***/s/ Joseph K. Scott, III***
**Anderson O. "Andy" Dotson, III (#26865)
Deelee Morris (#28775)
Joseph K. Scott, III (#28223)
222 St. Louis Street, 9th Floor
Baton Rouge, LA 70802
Telephone: (225) 389-3114
Facsimile:  (225) 389-8736
Email**: ADOTSON@brla.gov
**Email: DSMorris@brla.gov
Email: jkscott@brla.gov**

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

**THOMAS FRAMPTON**

**VERSUS**

**CITY OF BATON ROUGE/PARISH OF EAST BATON ROUGE, ET AL.**

**CIVIL ACTION**

**NO.  3:21-CV-362-JWD-SDJ**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## CERTIFICATE

I hereby certify that a copy of the foregoing *Motion to Substitute Defective Pleadings* was this date electronically filed with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Notice will be mailed to any party or counsel not participating in the Court's CM/ECF system by this date depositing same in the United States Mail, first class postage prepaid, and properly addressed.

Baton Rouge, Louisiana this  **7th**   day of **July**, 2021.


*/s/ Joseph K. Scott, III*
**Joseph K. Scott, III**

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**THOMAS FRAMPTON**

**VERSUS**

**CITY OF BATON ROUGE/PARISH OF EAST BATON ROUGE, ET AL.**

**CIVIL ACTION**

**NO.   3:21-CV-362-JWD-SDJ**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court, having considered the *Motion to Substitute Defective Pleadings*, and the record of the proceeding,

IT IS ORDERED THAT the consolidated Motion to Dismiss and Opposition to Motion for Preliminary Injunction (ECF Doc. 14) be struck from the record, and the attached pleadings be substituted in its place.

THUS DONE AND SIGNED at Baton Rouge, Louisiana, this _____ day of July, 2021.

_____
**JUDGE JOHN W. DEGRAVELLES**