UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

THOMAS FRAMPTON,

    *Plaintiff*,

v.

CITY OF BATON ROUGE, *et al.*

    *Defendants*.

Case No. 21-cv-00362-JWD-SDJ

## **ORDER**

Having duly considered Plaintiff's Ex Parte *Motion to for Leave to File Reply with Two Excess Pages* and the arguments and evidence relevant thereto, IT IS HEREBY ORDERED that the motion is GRANTED.

Plaintiff's proposed pleading shall be entered into the record of the Court.

Baton Rouge, Louisiana, this  13th  day of  July , 2021.

_____
UNITED STATES JUDGE
MIDDLE DISTRICT OF LOUISIANA