**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**THOMAS FRAMPTON**                              **CIVIL ACTION**

**VERSUS**                                       **NO. 3:21-CV-362-JWD-SDJ**

**CITY OF BATON ROUGE/PARISH OF EAST**
**BATON ROUGE, ET AL.**
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO STRIKE AND SUBSTITUTE DEFECTIVE EXHIBIT

MAY IT PLEASE THE COURT, now into court, through undersigned counsel, comes defendant, CITY OF BATON ROUGE PARISH OF EAST BATON ROUGE, (referred hereafter as "City/Parish"), SHARON WESTON BROOM, in her official capacity as Mayor of Baton Rouge, and MURPHY J. PAUL, in his official capacity as Chief of the Baton Rouge Police Department who respectfully represent:

1.

Undersigned counsel filed exhibits numbered 1-5 in the JERS system in anticipation of the hearing held August 6, 2021, at 9:00 a.m.

2.

During the hearing, it was noted that defense exhibit 1 had been improperly redacted. The Court ordered the filing of a motion to strike the improperly redacted exhibit, and hence defendants move to strike the improperly redacted exhibit 1, and substitute plaintiff's exhibit 2 in its place, as plaintiffs' counsel appears to have correctly redacted the same document.

WHEREFORE, defendants herein pray that the improperly redacted defense exhibit 1 be struck from the record, and that plaintiff's exhibit 2 be substituted or duplicated in its place.

RESPECTFULLY SUBMITTED,

**By Attorneys:**
**Anderson O. Dotson**
**Parish Attorney**

*/s/ Joseph K. Scott, III*
**Anderson O. "Andy" Dotson, III (#26865)**
**Deelee Morris (#28775)**
**Joseph K. Scott, III (#28223)**
**222 St. Louis Street, 9th Floor**
**Baton Rouge, LA 70802**
**Telephone: (225) 389-3114**
**Facsimile:  (225) 389-8736**
**Email**: ADOTSON@brla.gov
**Email: DSMorris@brla.gov**
**Email: jkscott@brla.gov**

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**THOMAS FRAMPTON**

**CIVIL ACTION**

**VERSUS**

**NO.  3:21-CV-362-JWD-SDJ**

**CITY OF BATON ROUGE/PARISH OF EAST**
**BATON ROUGE, ET AL.**
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>**CERTIFICATE**</u>

I hereby certify that a copy of the foregoing *Motion to Strike and Substitute Defective Exhibit* was this date electronically filed with the Clerk of Court using the Court's CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.  Notice will be mailed to any party or counsel not participating in the Court's CM/ECF system by this date depositing same in the United States Mail, first class postage prepaid, and properly addressed.

Baton Rouge, Louisiana this  **9th**  day of **<u>August</u>**, 2021.


*<u>/s/ Joseph K. Scott, III</u>*
**Joseph K. Scott, III**

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**THOMAS FRAMPTON**

**CIVIL ACTION**

**VERSUS**

**NO.   3:21-CV-362-JWD-SDJ**

**CITY OF BATON ROUGE/PARISH OF EAST**
**BATON ROUGE, ET AL.**
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**<u>ORDER</u>**

The Court, having considered the *Motion to Strike and Substitute Defective Exhibit*, and the record of the proceeding,

IT IS ORDERED THAT the improperly redacted defense exhibit 1 (custodial agreement) be struck from the record.

IT IS FURTHER ORDERED THAT plaintiff's exhibit 2 (properly redacted custodial agreement) be substituted as defense exhibit 1 to cure the defect.

THUS DONE AND SIGNED at Baton Rouge, Louisiana, this _____ day of August, 2021.

_____
**JUDGE JOHN W. DEGRAVELLES**