**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**THOMAS FRAMPTON**

**VERSUS**

**CITY OF BATON ROUGE/PARISH OF EAST BATON ROUGE, ET AL.**

**CIVIL ACTION**

**NO.   3:21-CV-362-JWD-SDJ**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE TO COURT OF CONTINUANCE OF JUVENILE COURT HEARING**

Defendants, CITY OF BATON ROUGE PARISH OF EAST BATON ROUGE, (referred hereafter as "City/Parish"), SHARON WESTON BROOM, in her official capacity as Mayor of Baton Rouge, and MURPHY J. PAUL, in his official capacity as Chief of the Baton Rouge Police Department, submit this Notice to the Court that the hearing on the relevant Rule to Show Cause in the East Baton Rouge Juvenile Court has been reset to November 18, 2021 at 2:00 p.m. (Exhibit A).

RESPECTFULLY SUBMITTED,

**By Attorneys:**
**Anderson O. Dotson, III**
**Parish Attorney**

*/s/  Deelee Morris*
**Deelee Morris (Bar Roll 28775)**
**Joseph K. Scott, III (Bar Roll 28223)**
**222 St. Louis Street, 9th Floor**
**Baton Rouge, LA 70802**
**Telephone: (225) 389-3114**
**Facsimile:   (225) 389-8736**
**Email**: ADOTSON@brla.gov
**Email: DSMorris@brla.gov**
**Email: jkscott@brla.gov**

## **CERTIFICATE**

I hereby certify that a copy of the foregoing Notice to the Court was this date electronically filed with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Notice will be mailed to any party or counsel not participating in the Court's CM/ECF system by this date depositing same in the United States Mail, first class postage prepaid, and properly addressed.

Baton Rouge, Louisiana this **9th** day of **September**, 2021.

**/s/ Deelee S. Morris**
**DEELEE S. MORRIS**