UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

THOMAS FRAMPTON,

     *Plaintiff*,

v.

CITY OF BATON ROUGE, *et al.*

     *Defendants*.

Case No. 21-cv-00362-JWD-SDJ

## PLAINTIFFS' SECOND SET OF REQUESTS FOR ADMISSION

NOW INTO COURT, through undersigned counsel, comes Thomas Frampton, who requests that Defendants answer the following Requests for Admission within thirty days, as required by Rule 36 of the Federal Rules of Civil Procedure. These requests are propounded to all Defendants, who may answer jointly or individually. If Defendants respond jointly Plaintiffs will accept the response as that of all Defendants in this matter.

**REQUEST FOR ADMISSION No. 19.**

Defendant Sharon Weston Broome, as Mayor of Baton Rouge, is the Chief Executive and final policy maker for the City of Baton Rouge.

**REQUEST FOR ADMISSION No. 20.**

Defendant Sharon Weston Broome, as Mayor of Baton Rouge, is the Chief Executive and final policy maker for the Baton Rouge Police Department.

**REQUEST FOR ADMISSION No. 21.**

Defendant Sharon Weston Broome finalizes policies and practices of the police department.

**REQUEST FOR ADMISSION No. 22.**

Defendant Sharon Weston Broome is a final policymaker as to what legal actions the Parish Attorney's office pursues on behalf of the City.

**REQUEST FOR ADMISSION No. 23.**

Defendant Murphy J. Paul Jr., as Chief of the Baton Rouge Police Department, is a final policymaker for the Baton Rouge Police Department.

**REQUEST FOR ADMISSION No. 24.**

Defendant Murphy J. Paul Jr., as Chief of the Baton Rouge Police Department, is a final policymaker as to what actions shall be initiated by the Baton Rouge Police Department.

**REQUEST FOR ADMISSION No. 24.**

1

The institution of contempt proceedings against Plaintiff Frampton was done by individuals who at the time had final policymaking authority for the City of Baton Rouge, or by persons to whom final policymakers had delegated their authority.

**REQUEST FOR ADMISSION No. 24.**

The institution of contempt proceedings against Plaintiff Frampton was done by persons acting under color of state law such that Defendants are legally responsible for their actions.

Thomas Frampton, by and through counsel,

/s/ *Katie Schwartzmann*
Katie Schwartzmann (La. Bar No. 30295)
Tulane University School of Law
First Amendment Law Clinic
6329 Freret Street
New Orleans, La 70130
Ph: (504) 862-8813
kschwartzmann@tulane.edu

and

*Dayton Dunbar*
*Denver Nicks*
Student Attorneys
Tulane University School of Law
First Amendment Law Clinic
6329 Freret Street
New Orleans, La 70130
Ph: (504) 862-8813
ddunbar@tulane.edu
dnicks@tulane.edu

William Most, La. Bar No. 36914
Most & Associates
201 St. Charles Ave., Ste. 114, #101
New Orleans, LA 70170
(504) 533-4521
williammost@gmail.com

Jane C. Hogan (La. Bar. No. 35172)
Hogan Attorneys
310 North Cherry Street
Hammond, La 70401
Ph : (985) 542-7730
Fax : (985) 542-7756
jane@hoganattorneys.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of *Second Set of Requests for Admission* has been served upon Defendants by counsel by email transmission on 12/21/2021.

*/s/ Dayton Dunbar*