| | |
|---|---|
| From: | Dunbar, Dayton S |
| To: | Anderson Dotson |
| Cc: | Joe K. Scott; Deelee Morris; William Most; Jane Hogan; Schwartzmann, Katie; Nicks, Denver B; Christy Duke |
| Subject: | Frampton v. The City of Baton Rouge, No. 3:21-CV-362-JWD-SDJ, Discovery Deficiencies and Requests. |
| Date: | Tuesday, December 21, 2021 4:51:18 PM |
| Attachments: | 2021.12.21 - Frampton 2d RFAs.pdf |
| | 2021.12.21 Deficiency Letter to Defendants.pdf |

*****EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.*****

Mr. Anderson Dotson, et. al.,

Attached please find a letter addressing the deficiencies in the defendants' answers to plaintiff's first set of interrogatories and RFPS. Accounting for the holiday season, please respond with the requested information by January 30th, 2021. Also attached is the plaintiff's second set of RFAs.

Thank you and happy holidays!

Best,

Dayton Dunbar & The Tulane First Amendment Clinic


**Dayton S. Dunbar (He/Him)**
Juris Doctor Candidate, May 2022 | Tulane University Law School
*First Amendment Clinic,* Student Attorney & Social Co-Chair
*Journal of Technology and Intellectual Property,* Managing Editor
Email – ddunbar@tulane.edu | Phone – (414)-949-1915

Please note that this email may contain confidential and privileged information. If you are not the intended recipient please delete the message and notify me immediately. Thank you!