UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**THOMAS FRAMPTON**

**VERSUS**

**CITY OF BATON ROUGE/PARISH OF EAST BATON ROUGE, ET AL.**

CIVIL ACTION

NO.   3:21-CV-362-JWD-SDJ

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFENDANTS' ANSWERS TO PLAINTIFFS' SECOND SET OF REQUESTS FOR ADMISSION**

NOW INTO COURT, through undersigned counsel, come defendants, the City of Baton Rouge, Parish of East Baton Rouge, Mayor-President Sharon Weston Broome, and BRPD Chief Murphy J. Paul, who respond to plaintiffs' SECOND SET OF REQUESTS FOR ADMISSION propounded to them as follows:

**REQUESTS FOR ADMISSION**

**REQUEST FOR ADMISSION NO. 19**

Defendant Sharon Weston Broome, as Mayor of Baton Rouge, is the Chief Executive and final policy maker for the City of Baton Rouge.

**ANSWER TO REQUEST FOR ADMISSION NO. 19**

Admitted.

**REQUEST FOR ADMISSION NO. 20**

Defendant Sharon Weston Broome, as Mayor of Baton Rouge, is the Chief Executive and final policy maker for the Baton Rouge Police Department.

**ANSWER TO REQUEST FOR ADMISSION NO. 20**

Denied.

**REQUEST FOR ADMISSION NO. 21**

Defendant Sharon Weston Broome finalizes policies and practices of the police department.

**ANSWER TO REQUEST FOR ADMISSION NO. 21**

Denied.

**REQUEST FOR ADMISSION NO. 22**

Defendant Sharon Weston Broome is a final policymaker as to what legal actions the Parish Attorney's office pursues on behalf of the City.

**ANSWER TO REQUEST FOR ADMISSION NO. 22**

Denied.

**REQUEST FOR ADMISSION NO. 23**

Defendant Murphy J. Paul Jr., as Chief of the Baton Rouge Police Department, is a final policymaker for the Baton Rouge Police Department.

**ANSWER TO REQUEST FOR ADMISSION NO. 23**

Admitted.

**REQUEST FOR ADMISSION NO. 24**

Defendant Murphy J. Paul Jr., as Chief of the Baton Rouge Police Department, is a final policymaker as to what actions shall be initiated by the Baton Rouge Police Department.

**ANSWER TO REQUEST FOR ADMISSION NO. 24**

Admitted in part and denied in part. Defendants admit that Murphy J. Paul Jr., as Chief of the Baton Rouge Police Department, is a final policymaker on certain decisions made by the Baton Rouge Police Department. Defendants deny that Chief Paul was the final policymaker on the filing

of the Rule to Show Cause at issue in this case and/or seeking a contempt finding against the plaintiff.

**REQUEST FOR ADMISSION NO. 24 (mis-numbered, actually 25)**

The institution of contempt proceedings against Plaintiff Frampton was done by individuals who at the time had final policymaking authority for the City of Baton Rouge, or by persons to whom final policymakers had delegated their authority.

**ANSWER TO REQUEST FOR ADMISSION NO. 24 (mis-numbered, actually 25)**

Denied.

**REQUEST FOR ADMISSION NO. 24 (mis-numbered, actually 26)**

The institution of contempt proceedings against Plaintiff Frampton was done by persons acting under color of state law such that Defendants are legally responsible for their actions.

**ANSWER TO REQUEST FOR ADMISSION NO. 24 (mis-numbered, actually 26)[1]**

Denied.

*SIGNATURE BLOCK ON THE NEXT PAGE*

---

[1] See Middle District of Louisiana Local Rule 36, Requests for Admission, subsection (b), which provides "Number of Requests for Admission. No party shall serve on any other party more than 25 requests for admission in the aggregate without leave of Court. Each sub-part of a request for admission shall count as an additional request for admission. Any party desiring to serve additional requests for admission shall file a written motion setting forth the proposed additional requests for admission and the reasons establishing good cause for their use."

RESPECTFULLY SUBMITTED,

**By Attorneys:**
**ANDERSON O. "ANDY" DOTSON, III**
**PARISH ATTORNEY**

*/s/   Joseph K. Scott, III*
**Joseph K. Scott, III (Bar Roll 28223)**
**Special Assistant Parish Attorney**
**Deelee S. Morris (Bar Roll 28775)**
**Special Assistant Parish Attorney**
**Anderson O. "Andy" Dotson, III (#26865)**
**Parish Attorney**
**222 St. Louis Street, 9th Floor**
**Baton Rouge, LA 70802**
**Telephone: (225) 389-3114**
**Facsimile:   (225) 389-8736**
**Email: jkscott@brla.gov**
**Email: DSMorris@brla.gov**
**Email**: ADOTSON@brla.gov

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **THOMAS FRAMPTON** | **CIVIL ACTION** |
| **VERSUS** | |
| | **NO.   3:21-CV-362-JWD-SDJ** |
| **CITY OF BATON ROUGE/PARISH OF EAST BATON ROUGE, ET AL.** | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE

I hereby certify that a copy of the foregoing Defendants' Answers to Plaintiffs' Second Set of Request for Admission was this date provided to plaintiff Thomas Frampton, through his counsel of record, via email.

Baton Rouge, Louisiana this   **25ᵗʰ**   day of **January**, 2022.

*/s/   Joseph K. Scott, III*
**Joseph K. Scott, III**