UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

THOMAS FRAMPTON

CIVIL ACTION

VERSUS

No. 21-362-JWD-SDJ

CITY OF BATON ROUGE, et al.

This matter came on this day for a motion hearing and status conference by Zoom before District Judge John W. deGravelles on February 8, 2022, with the following parties:

> William Brock Most and Katharine Murphy Schwartzmann
> **Counsel For Plaintiff**
>
> Joseph Scott and Delee Morris
> **Counsel For Defendants**

For oral reasons assigned, Defendants Motion to Withdraw or Amend Requests for Admission, (Doc. 54) is **GRANTED**.

No specific offers were discussed by either party, but the Court heard each side's general position regarding settlement. The parties were encouraged to consider settlement, and the Court mentioned that Magistrate Judge Johnson would be available for this purpose. If one or both parties decide to engage in a settlement conference with the Magistrate Judge, the Court would like a joint notice filed into the record stating this information, but the notice shall **NOT** include which party(ies) is/are refusing.

The parties agree that the best course of action to move forward in this matter is to allow the Court to address the motion for summary judgment that Plaintiff anticipates filing after discovery. The parties discussed whether the evidence submitted during the preliminary injunction hearing with limited supplementation through briefing on the motion for summary judgment may be all the evidence needed for this Court to rule

without a trial.  Should a trial be needed, the parties believe that a trial will not exceed two days.

Counsel for Plaintiff notes that in his motion there was a request for interim fees that the Court did not address in its ruling.  Counsel believes that if the Court were to address this issue, the Court's ruling would aid in settlement. In response, counsel for Defendants stated that counsel for Plaintiff should forward all billable hours to Defendants so that he has all of this information when discussing settlement with his supervisor.

Signed in Baton Rouge, Louisiana, on <u>February 8, 2022</u>.

CV 25b ; T: 0:08
Cv 36;   T: 0:07
REPORTER:   Natalie Breaux

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**