UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**THOMAS FRAMPTON**

**VERSUS**

**CITY OF BATON ROUGE/PARISH OF EAST BATON ROUGE, ET AL.**

CIVIL ACTION

NO.  3:21-CV-362-JWD-SDJ

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**AFFIDAVIT**

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

    **BEFORE ME,** undersigned notary, personally came and appeared:

**DEELEE MORRIS**

and upon being duly sworn having personal knowledge of same, did depose and state the following:

1. Affiant is over twenty-one (21) years of age and competent to make this Affidavit.

2. Affiant is currently the Legal Advisor to the Baton Rouge Police Department (BRPD) and held that has held that position since April 2018.

3. In February 2021, the undersigned contacted Mr. Frampton via phone to discuss the confidentiality implications of La. Child. Code art. 412 as it pertained to portions of the juvenile's arrest, including specifically the body camera footage. The undersigned followed that conversation with email summarizing the conversation. (Exhibit 1).

4. Affiant states that she was not assigned to the litigation division in 2021, was not assigned to the civil litigation involving Clarence Green, and was not in communication with Mr. Frampton as it pertained to that litigation

5. Affiant states that she was requested by the Baton Rouge Police Department's administrative staff to obtain the transcript from the Motion to Suppress hearing on November 20, 2020 in U.S. v. Clarence Green, 3:20-CR-46-BAJ-SDJ (transcript) for purposes of an internal affairs investigation as demonstrated by the attached emails (Exhibit 2).

6. Affiant states she requested the transcript instead of a member of the BRPD administration because she had knowledge of the transcript request procedure from past litigation experience.

7. Affiant states that she had no substantive involvement in the internal affairs investigation and did not review the transcript for purposes of the investigation.

8. Affiant states that she does not recall reviewing the transcript in any detail, if at all, and the record was not requested for any purpose of the Legal Advisor or the BRPD Legal Division.

9. Affiant states that the record was emailed upon receipt to both Deputy Chief Myron Daniels and former Internal Affairs Commander Jacques Angelloz as demonstrated by attached email, Exhibit 2.

10. Affiant states that she did not have any knowledge, either from the transcript or elsewhere, that the Baton Rouge Police Department's body camera footage depicting the arrest of F.B. BRPD file number 20-225 was filed in the public record of the U.S. District Court, Middle District of Louisiana on or before filing the Rule to Show Cause at issue on May 28, 2021.

11. Affiant states that on August 6, 2021, during the hearing on the Preliminary Injunction in this case, because of her limited role in ordering the transcript, she did not remember that she obtained the transcript.

12. Affiant states that in July 2020 she filed a similar Petition to Disclose Portion of Records Concerning a Matter Before Juvenile Court Pursuant to LA CH.C. Art 412 with no notice to the juvenile, the juvenile's family, or their attorneys, and it was granted by the Juvenile Court Judge.

13. Affiant states the Rule to Show Cause filed on May 28, 2021 was served via the Louisiana Long Arm Statute and emailed the plaintiff in compliance with State Certificate of Service requirements.

14. Affiant states that the attached exhibits are true and correct copies.

I hereby state that all information provided herein is complete and true to the best of my personal knowledge, information and belief.

_____
DEELEE MORRIS

**SWORN TO AND SUBSCRIBED** before me, Notary, this 23rd day of May, 2022.

_____
NOTARY PUBLIC
Printed Name: Steven B. Danielson
Bar Roll/Notary No.: 22322
My Commission Expires at Death

Steven B. Danielson
Notary Public
State of Louisiana
La. Bar Roll No. 22322
My Commission is for Life

# Deelee Morris

| | |
|---|---|
| **From:** | Deelee Morris |
| **Sent:** | Monday, January 4, 2021 3:47 PM |
| **To:** | Christy Duke |
| **Cc:** | Myron Daniels |
| **Subject:** | RE: Federal Court |

The attachment references Doc. 25 (suppression hearing). That is what we need a transcript of.

-----Original Message-----
From: Myron Daniels
Sent: Monday, January 4, 2021 3:04 PM
To: Deelee Morris <DSMorris@brla.gov>
Cc: Christy Duke <CDUKE@brla.gov>
Subject: RE: Federal Court

See attachment

-----Original Message-----
From: Deelee Morris
Sent: Monday, January 4, 2021 3:01 PM
To: Myron Daniels <MKDaniels@brla.gov>
Cc: Christy Duke <CDUKE@brla.gov>
Subject: RE: Federal Court

Hey Myron,

Can you send me that other document you had earlier?

-----Original Message-----
From: Myron Daniels
Sent: Monday, January 4, 2021 1:28 PM
To: Deelee Morris <DSMorris@brla.gov>
Cc: Christy Duke <CDUKE@brla.gov>
Subject: RE: Federal Court

See attachment.

Thanks

-----Original Message-----
From: Deelee Morris
Sent: Monday, January 4, 2021 12:35 PM
To: Myron Daniels <MKDaniels@brla.gov>
Cc: Christy Duke <CDUKE@brla.gov>
Subject: RE: Federal Court

Can you send me a copy of that order and I will try to file a transcript request in the record. I am not sure how that works because we are not enrolled in the case, but we will figure it out.

1

Exhibit 1

Thanks,
Deelee

-----Original Message-----
From: Myron Daniels
Sent: Thursday, December 31, 2020 10:10 PM
To: Deelee Morris <DSMorris@brla.gov>
Subject: Federal Court

Hey Deelee,

I apologize for the late email, but I am sending it while the details are on my mind.

Today, I was contacted relative to the actions/behavior of a BRPD officer in court. The allegations are serious and will require Internal Affairs to investigate the matter.

What I will need your assistance with is obtaining or requesting the transcript from the proceedings which took place in Federal Court.

We can discuss in detail next week.

Enjoy your weekend and Happy New Year!
Myron

Sent from my iPhone

**Deelee Morris**

| | |
|---|---|
| **From:** | Deelee Morris |
| **Sent:** | Friday, January 8, 2021 3:15 PM |
| **To:** | Myron Daniels; Jacques Angelloz |
| **Cc:** | Christy Duke |
| **Subject:** | FW: USA v Green (20cr46) Motion to Suppress hearing |
| **Attachments:** | 2021-196(20cr46).pdf; 20CR46 USA v Green 11-20-2020 Suppression Hearing.pdf |

Please see attached.

**From:** Natalie Breaux
**Sent:** Friday, January 8, 2021 3:12 PM
**To:** Deelee Morris
**Subject:** USA v Green (20cr46) Motion to Suppress hearing

*****EXTERNAL EMAIL: Please do not click on links or attachments unless you know the content is safe.*****

Good afternoon, Ms. Morris
Attached is the transcript you requested in the above-named case. The original has already been ordered, so I am only charging you for the expedited first copy. I have also attached the invoice for the transcript. Please reply that you have received the files.
Best regards,
Natalie



### Natalie Breaux, RPR, CRR

Court Reporter to the Honorable Brian A. Jackson, District Judge
U.S. District Court - Middle District of Louisiana
Natalie_Breaux@lamd.uscourts.gov | 225.389.3565

Exhibit 2