UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

THOMAS FRAMPTON

VERSUS

CITY OF BATON ROUGE/PARISH OF EAST
BATON ROUGE, ET AL.

CIVIL ACTION

NO. 3:21-CV-362-JWD-SDJ

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

BEFORE ME, the undersigned authority, personally came and appeared:

**MURPHY J. PAUL, JR.**

and upon being duly sworn having personal knowledge of same, did depose and state the following:

1. Affiant is over twenty-one (21) years of age and competent to make this Affidavit.

2. Affiant is the Chief of Police, Baton Rouge Police Department, and has held this position since January 1, 2018.

3. Affiant desired to release certain body camera footage of an adult and juvenile arrest from BRPD File #20-225 and sought legal advice from the Parish Attorney's Office to assist in the matter.

4. Affiant did not file or request the Parish Attorney's Office to file for an order for contempt on Thomas Frampton.

5. Affiant did not direct the attorneys of the Parish Attorney's Office on any legal procedure or strategy to employ in the above captioned case, before and after the filing of the Rule to Show Cause, and relies on the attorneys of the Parish Attorney's Office to make the legal assessments and/or decisions in this case.

6.  Affiant did not know (1) that the video at issue had been filed in the federal court record prior to May 28, 2021; (2) that Thomas Frampton had disclosed to attorneys in the Parish Attorney's office in March of 2021 that he possessed the video at issue; (3) how Frampton obtained the video prior to May 28, 2021; (4) of the specific legalities and/or applications of Louisiana Children's Code art. 412 to the facts in this case; and (5) of the City/Parish's historical application of Louisiana Children's Code art. 1509.

_____
**MURPHY J. PAUL, JR.**

SWORN TO AND SUBSCRIBED before me, Notary, this 20th day of 2022, 2022.

_____
NOTARY PUBLIC
Printed Name: Deelee Morris
Bar Roll/Notary No.: 28775

My Commission Expires at Death