UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

THOMAS FRAMPTON

CIVIL ACTION

VERSUS

NO. 3:21-CV-362-JWD-SDJ

CITY OF BATON ROUGE/PARISH OF EAST
BATON ROUGE, ET AL.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT

STATE OF LOUISIANA
PARISH OF EAST BATON ROUGE

BEFORE ME, the undersigned authority, personally came and appeared:

**MYRON K. DANIELS**

and upon being duly sworn having personal knowledge of same, did depose and state the following:

1. Affiant is over twenty-one (21) years of age and competent to make this Affidavit.

2. Affiant is the Deputy Chief of Administration with the Baton Rouge Police Department and held that position on December 31, 2020.

3. Affiant requested the Police Legal Advisor, Deelee Morris, to order a transcript of the suppression hearing held in U.S.A. v. Green, November 20, 2020, for review as part of an Internal Affairs investigation of former BRPD employee Kenneth Camallo.

4. Affiant has reviewed his emails, and has attached as Exhibit 1 his email to Deelee Morris dated December 31, 2020, which is a true and correct copy of his instructions to Deelee Morris.

_____ K. D_____, Deputy Chief 1511
05-20-2022
**MYRON K. DANIELS**

SWORN TO AND SUBSCRIBED before me, Notary, this 20 day of May, 2022.

_____
NOTARY PUBLIC
Printed Name: Deelee Morris
Bar Roll/Notary No.: 28778
My Commission Expires at Death



**From:** Myron Daniels
**Sent:** Thursday, December 31, 2020 10:10 PM
**To:** Deelee Morris
**Subject:** Federal Court

Hey Deelee,

I apologize for the late email, but I am sending it while the details are on my mind.

Today, I was contacted relative to the actions/behavior of a BRPD officer in court. The allegations are serious and will require Internal Affairs to investigate the matter.

What I will need your assistance with is obtaining or requesting the transcript from the proceedings which took place in Federal Court.

We can discuss in detail next week.

Enjoy your weekend and Happy New Year!
Myron

Sent from my iPhone



Exhibit 1