UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

THOMAS FRAMPTON

VERSUS

CITY OF BATON ROUGE/PARISH OF EAST
BATON ROUGE, ET AL.

CIVIL ACTION

NO. 3:21-CV-362-JWD-SDJ

*******************************************

**AFFIDAVIT**

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

BEFORE ME, the undersigned authority, personally came and appeared:

**COURTNEY MYERS MINOR**

and upon being duly sworn having personal knowledge of same, did depose and state the following:

1. Affiant is over twenty-one (21) years of age and competent to make this Affidavit.
2. Affiant is an attorney at law, licensed by the State of Louisiana, and was admitted to practice April 25, 2013.
3. Affiant is employed by the District Attorney's Office for the Parish of East Baton Rouge and has been so employed since November 18, 2013, where she serves as an Assistant District Attorney and Section Chief for the Juvenile Section.
4. Affiant advises that, pursuant to the confidentiality provisions of Art. 412 of the Louisiana Children's Code, the Juvenile Division of the East Baton Rouge District Attorney's Office does not release the arrest records in their possession for any juvenile arrested pursuant to a Custodial Agreement or when detained, irregardless of whether a petition is filed in Juvenile Court, unless otherwise authorized under Rule 412(C)-(H).

_____
COURTNEY MYERS MINOR

SWORN TO AND SUBSCRIBED before me, Notary, this 19th day of May, 2022.

_____
NOTARY PUBLIC
Printed Name: Andrea D. Neal
Bar Roll/Notary No.: 37239
My Commission Expires at Death