UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

THOMAS FRAMPTON

VERSUS

CITY OF BATON ROUGE/PARISH OF EAST
BATON ROUGE, ET AL.

CIVIL ACTION

NO. 3:21-cv-362-JWD-SDJ

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**EXHIBIT LIST FOR
OPPOSITION TO MOTION FOR LEAVE TO TAKE DEPOSITIONS**

**MAY IT PLEASE THE COURT**,

Defendants provide this exhibit list per divisional rules.

**Exhibits**

| Letter | Title | Reference |
|---|---|---|
| A | Email correspondence from William Most, Saturday, July 9, 2022 | Shows timing of request. |
| B | Defendants' Initial Disclosures | Shows inclusive language re: witnesses. |
| C | Plaintiff's Initial Disclosures | Shows inclusive language re: witnesses. Designation of witnesses. |
| D | Defendants' Answers to Plaintiff's Second Set of Requests for Admission | Shows City's position as of January, 2022. |

**Record Documents Referenced**

| ECF Doc. | Title | Reference |
|---|---|---|
| 1 | Complaint | Shows Mayor-President and Chief Paul are named defendants. |
| 49 | Ruling of the Court | Indicates when discovery re-started in earnest. |
| 67 | Scheduling Order | Shows discovery cutoff and deadlines |
| 71 | Opposition to Plaintiff's Motion For Partial Summary Judgment | Reinforces City's position by affidavits. |
| 73-9 | Deposition of Valerie Singleton | Actual brief deposition. |
| 73-10 | Deposition of Matt Johnson, R. 30(b)(6) | Actual brief deposition. |
| 75 | Motion for Leave to Take Depositions | Filed July 13, 2022. |

**By Attorneys:**
**ANDERSON O. "ANDY" DOTSON, III**
**PARISH ATTORNEY**

*/s/ Joseph K. Scott, III*
**Joseph K. Scott, III (#28223)**
**Anderson O. "Andy" Dotson, III (#26865)**
**Deelee S. Morris (#28775)**
**222 St. Louis Street, 9th Floor**
**Baton Rouge, LA 70802**
**Telephone: (225) 389-3114**
**Facsimile:  (225) 389-8736**
**Email**: ADOTSON@brla.gov
**Email:** DSMorris@brla.gov
**Email:** jkscott@brla.gov