UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| THOMAS FRAMPTON | CIVIL ACTION |
| VERSUS | |
| CITY OF BATON ROUGE, ET AL | NO. 21-362-JWD-SDJ |

## ORDER

A telephone status conference was held on July 15, 2022.

**PRESENT:** **William Brock Most**
Counsel for Plaintiff

**Joseph K. Scott, III**
Counsel for Defendants

The parties discussed the upcoming settlement conference.

Signed in Baton Rouge, Louisiana, on July 15, 2022.

*/s/ Scott D. Johnson*

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

C:cv38a; T: 00:42